**604**

**NATIONAL LABOR RELATIONS BOARD, Petitioner.**

v.

**LOCAL 6, BREWERS AND MALT-STERS, Affiliated with International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL-CIO.**

No. 15953.

United States Court of Appeals
Eighth Circuit.

Feb. 18, 1958.

Thomas J. McDermott, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Wiley, Craig, Armbruster, Schmidt & Wilburn, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

**UNITED STATES of America, Appellant,**

v.

**Henry J. GRUNEWALD, Jr.**

No. 15976.

United States Court of Appeals
Eighth Circuit.

March 19, 1958.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellant.

Harry Wilmarth, Cedar Rapids, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

**C. I. T. CORPORATION, Appellant,**

v.

**John H. HAGERTY, Trustee.**

No. 15936.

United States Court of Appeals
Eighth Circuit.

March 6, 1958.

W. H. Curtis and James C. Mordy, Kansas City, Mo., for appellant.

George V. Aylward, Jr., and Edward F. Aylward, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at cost of appellant, on motion of appellant.

**W. T. GRANT COMPANY, a Corporation. Appellant,**

v.

**RETAIL STORE EMPLOYEES UNION, LOCAL 655, Louis J. Renschen, Jack Valenti, George Manis and Edgar J. Sargent.**

No. 15865.

United States Court of Appeals
Eighth Circuit.

March 24, 1958.

Milton H. Tucker and F. Wm. McCalpin, St. Louis, Mo., for appellant.

John H. Martin, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.